## E. S. GREEN *v.* S. K. GREEN.

The reputed father of a child, who has introduced the mother as his wife and the child as his son, will not be permitted afterwards to bastardize such issue.

APPEAL from the District Court of the Parish of Pointe Coupée, *Ratliff*, J. *U. B. & E. Phillips*, for plaintiff. *W. Beatty*, *W. Cooley* and *C. Roselius*, for defendant and appellant.

COLE, J. This suit is instituted by the plaintiff, as heir of his mother, to recover certain slaves inherited by him from his deceased mother, which are now in possession of the defendant.

The evidence establishes that his mother formerly lived with the defendant, that he introduced her into society as his wife, and they were regarded by the community as man and wife; that he and his supposed mother acknowledged petitioner to be their son, and they treated him as such; that they afterwards separated, and *Mrs. Green* married *Mr. Ives*, from whom she also separated and returned to *Mr. Green* with whom she lived till her death, which took place a few months after her arrival.

It is also shown, that at the time of her death she was the owner of the slaves now sued for, that she died at the house of the defendant, who took all of the slaves into his possession.

That defendant afterwards married *Miss Birdwell*, by whom he has several children.

Defendant answered by a general denial, and claimed to be the owner of the negroes, but he has failed to exhibit any title to the same.

Before going into the trial, defendant filed a motion requiring plaintiff to elect whether he would claim as the legitimate or illegitimate child of his mother.

The motion was properly overruled.

It is sometimes impossible for a child to know with certainty whether he be legitimately begotten or not; besides, the motion came with a bad grace from the one presumed to be the father, who was, perhaps, better able to give information upon the subject than any other person.

We are of opinion, that the introduction to the world, by defendant, of *Mrs. Green*, as his wife, and plaintiff as his child, joined with the recognition of plaintiff by *Mrs. Green* as her child, prevent defendant from now successfully seeking to bastardize plaintiff in order to enjoy the possession of property which never belonged to him, and for which he has no title whatever.

Judgment affirmed, with costs.